## John Hohl v. J. F. Meyer.

Where the appellant abandons his appeal, the appellee may bring up the record and have the judgment affirmed, with damages.

APPEAL from the First District Court of New Orleans, Larue, J. B. Beauregard and J. A. Nautré, for appellant. D. C. Labatt, for appellee. The judgment of the court (Eustis, C. J., absent,) was pronounced by

Rost, J. Judgment having been rendered against the defendant in this case, for a sum of money, he took a suspensive appeal, which he failed to prosecute. The appellee has brought up the record, for the purpose of claiming damages as for a frivolous appeal.

Had the appellant prosecuted his appeal, the evidence of his indebtedness is not of such a character as would have authorized the allowance of damages. But as he has abandoned it, and thereby admitted the correctness of the judgment; the prayer of the appellee must be granted.

It is therefore ordered, that the judgment in this case be affirmed, with costs, and ten dollars damages.